# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CR-175-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| ELIZABETH FULLER PIGATT, | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| RENTOKIL NORTH AMERICA, INC., | ) |
| Garnishee. | ) |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on the answer of Rentokil North America, Inc., as the Garnishee. Judgment in the criminal case was filed on August 28, 2020 (Document No. 25). As part of that Judgment, the Defendant was ordered to pay an assessment of $100.00 and restitution of $416,229.00 to the victims of the crime. Id.

On November 22, 2022, the Court entered a Writ of Continuing Garnishment ("Writ") (Document No. 31) to the Garnishee, Rentokil North America, Inc. The Defendant was served with the Writ on December 1, 2022, and the Garnishee was served on December 3, 2022. The Garnishee filed an Answer on December 13, 2022 (Document No. 34) stating that at the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt, disposable earnings. The Defendant did not request a hearing, and the statutory time to do so has elapsed.

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby ENTERED in the amount of $415,871.00 computed through November 18, 2022. The Garnishee

will pay the United States up to the lesser of (1) twenty-five percent of the Defendant's disposable earnings which remain after all deductions required by law have been withheld, or (2) the amount by which the Defendant's disposable earnings for each week exceed 30 times the federal minimum wage.  See 15 U.S.C. § 1673(a).  The Garnishee shall continue payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check:  Court Number DNCW3:19CR000175-001.

**IT IS FURTHER ORDERED** that the Garnishee will advise this Court if the Defendant's employment is terminated at any time by the Garnishee or the Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: February 21, 2023

David C. Keesler
United States Magistrate Judge